UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN MAURICE DELJUAN-JONES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No.  2:17-cv-1503-EFB PS<br><br><br><br>ORDER |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted an affidavit purporting to demonstrate that he is unable to prepay fees and costs or give security for them.  ECF No. 2.  However, a review of the affidavit reveals that it has not been signed.  Accordingly, plaintiff is directed to file, within fourteen days of this order, a further affidavit which is dated and signed under penalty of perjury.  The court will then resume consideration of plaintiff's application to proceed *in forma pauperis*.

DATED: July 24, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE