UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN MAURICE DELJUAN-JONES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:17-cv-1503-EFB PS<br><br><br><br>ORDER TO SHOW CAUSE |

On November 20, 2017, defendant served plaintiff with a copy of the administrative record. ECF No. 17. Pursuant to the court's scheduling order, plaintiff was required to file his motion for summary judgment within 45 days of service of the administrative record or, in this instance, by December 5, 2018. ECF No. 8. The deadline has passed and plaintiff has failed to file his motion for summary judgment. Local Rule 110 provides that failure to comply "with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, good cause appearing, it hereby ORDERED that:

1. Plaintiff shall show cause, in writing, within fourteen days of the date of this order, why sanctions should not be imposed for failure to timely file a motion for summary judgment.

/////

1

2. Plaintiff shall file his motion for summary judgment within fourteen days of the date of this order.

3. Failure of plaintiff to file a motion for summary judgment may result in dismissal of this action for lack of prosecution and/or failure to comply with court orders.

So Ordered.

DATED: May 14, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE