UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN MAURICE DELJUAN-JONES, | No. 2:17-cv-1503-EFB |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the court's scheduling order, plaintiff was required to file his motion for summary judgment by December 5, 2018.[1] ECF No. 8. After he failed to do so, he was ordered, by no later than May 29, 2018, to file his motion for summary judgment and show cause why sanctions should not be imposed for failure to timely file his motion. ECF No. 22. Plaintiff was admonished that failure to comply with that order could result in dismissal of this action for lack of prosecution and/or failure to comply with court orders. *Id*.

The deadline has passed and plaintiff has not filed a motion for summary judgment, nor otherwise responded to the court's order to show cause.

/////

---

[1] This action is before the undersigned pursuant to the consent of the parties. ECF Nos. 10, 13; *see* 28 U.S.C. § 636(c).

1

Accordingly, it is hereby ORDERED that this action is dismissed for failure to prosecute and comply with court orders. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

DATED: June 6, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE